UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE OAKS UNIT III CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                              CASE NO: 8:10-cv-309-T-26TBM

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration of Plaintiff's perfunctory submission, it is ordered and adjudged that Defendant's Motion for Summary Judgment on Defendant's Twelfth Affirmative Defense (Dkt. 25) is denied because Plaintiff has utterly failed to establish that there is no genuine issue of material fact that the damage to the structures at issue in this case was caused by a "collapse."

**DONE AND ORDERED** at Tampa, Florida, on October 18, 2010.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record