UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE OAKS UNIT III CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                                CASE NO: 8:10-cv-309-T-26TBM

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    Pending before the Court are Plaintiff's motions to compel discovery. Those motions are due to be denied without the need for a response from Defendant based on the procedural history of this case.

    This case is scheduled for trial for the trial month of January 2011 commencing January 3, 2011. The pretrial conference is scheduled for December 16, 2010. Discovery concluded September 15, 2010, with the exception of expert discovery, which ended on October 8, 2010. The Court has resolved all motions for summary judgment. Under these circumstances, the last minute attempt by Plaintiff to compel further discovery will not be allowed. Accordingly, Plaintiff's Motions to Compel (Dkts. 58 and 59) are denied.

    **DONE AND ORDERED** at Tampa, Florida, on December 3, 2010.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record